ELIZABETH BURGER, Administratrix, etc., Respondent, v. JAMES G. HUGHES and another, Appellants.

*Mortgage — Lien for purchase-money.*

APPEAL from a judgment of foreclosure in favor of plaintiff. The defendant executed to plaintiff's intestate a purchase-money mortgage, but no bond was executed therewith, although a bond was recited in the usual manner in the mortgage, and one was prepared. The defendant claimed that the omission to sign the bond was not accidental but intentional, and was by agreement between him and the mortgagee, and arose out of some dispute between them touching the land conveyed, in respect to which something remained to be done by the mortgagee. Notwithstanding this assertion. the defendant paid interest on the mortgage debt from time to time, and, with his own hand, indorsed several of the payments on the bond, which was all the time in the mortgagee's possession, unsigned by the defendant. The defendant contended that there was no bond, and, therefore, no debt, save upon simple contract, and that the mortgage was nugatory and could not be enforced. In addition to payments of interest, the defendant had paid certain yearly installments of principal, pursuant to the terms of the instrument, and by which payments the principal had been reduced from $6,200 to $3,900.

The General Term *held*, that the court, upon the undisputed facts would decree to the plaintiff a vendor's lien upon the premises for the unpaid purchase-money, and affirmed a judgment of foreclosure of the said mortgage.

*B. W. Huntington*, for appellants.    *R. H. Underhill*, for respondent.

Opinion by TAPPEN, J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment affirmed, with costs.